April 9, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

EXXON MOBIL CORPORATION, Appellant

NO. 14-13-00456-CV                    V.

DELIA PAGAYON, MICHELLE FULTON, ALFREDO G. PAGAYON,
MICHAEL G. PAGAYON, AND THE ESTATE OF ALFREDO M. PAGAYON,
Appellees

_____

This cause, an appeal from the judgment signed February 26, 2013 in favor of appellees Delia Pagayon, Michelle Fulton, Alfredo G. Pagayon, Michael G. Pagayon, and the Estate of Alfredo M. Pagayon, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees Delia Pagayon, Michelle Fulton, Alfredo G. Pagayon, Michael G. Pagayon, and the Estate of Alfredo M. Pagayon.

We further order this decision certified below for observance.